No. 42271.—Protests 949573–G, etc., of Hudson Forwarding & Shipping Co. (New York).

Opinion by Cline, J. It appeared that the baskets are marked by stencil with the words "Itali's Ottati Figs," and the collector admits that the marking duty should be waived in accordance with the recommendation of the solicitor and

the instructions of the Treasury Department (T. D. 49658). It was held that the adjective form of the name of the country of origin is sufficient and the protests were sustained. Abstract 39884 cited.